*pauperis* denied. *Mr. William Gill, pro se.* No appearance for respondent.

No. 700. CON. P. CURRAN PRINTING CO. *v.* UNITED STATES. April 26, 1937. The motion to remand is denied. The petition for writ of certiorari to the Court of Claims is also denied. *Mr. Leo H. Hoffman* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 782. CON. P. CURRAN PRINTING CO. *v.* UNITED STATES. April 26, 1937. The motion to remand is denied. The petition for writ of certiorari to the Court of Claims is also denied. *Mr. Leo H. Hoffman* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 769. GOODHUE *v.* UNITED STATES. April 26, 1937. Petition for writ of certiorari to the Court of Claims denied. *Mr. Truman Henson* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 783. CUNNINGHAM *v.* UNITED STATES. April 26, 1937. Petition for writ of certiorari to the Court of Claims denied. *Messrs. F. W. Clements* and *Lawrence Cake* for petitioner. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for the United States.